**Matthew WAKEFIELD, In Propria Persona, Plaintiff-Appellant,**

v.

**CIRCUIT COURT OF VIRGINIA, d/b/a Karin Riley Porter, Defendant-Appellee.**

No. 16-7329

United States Court of Appeals, Fourth Circuit.

Submitted: January 31, 2017

Decided: February 3, 2017

Matthew Wakefield, Appellant Pro Se.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Wakefield appeals the district court's order dismissing his complaint as frivolous under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find that this appeal is frivolous. See 28 U.S.C. § 1915(e)(2)(B)(ii) (2012). Accordingly, we dismiss the appeal for the reasons stated by the district court. Wakefield v. Circuit Court of Va., No. 1:16–cv–00666–AJT–JFA (E.D. Va. Aug. 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED